

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2018

No. 04-17-00467-CV

Erasmo **CANTU** and Eugenia Cantu,
Appellants

v.

**FALCON INTERNATIONAL BANK**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 11-08-26743-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
           Rebeca C. Martinez, Justice
           Luz Elena D. Chapa, Justice

The panel has considered the appellants' motion for rehearing, and the motion is DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court